NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NSK CORPORATION, NSK LTD., AND NSK EUROPE LTD.,**
*Plaintiffs-Appellees,*

**and**

**FAG ITALIA, S.P.A., SCHAEFFLER GROUP USA, INC., SCHAEFFLER KG, THE BARDEN CORPORATION, AND THE BARDEN CORPORATION (U.K.) LTD.,**
*Plaintiffs-Cross Appellants,*

**and**

**JTEKT CORPORATION AND KOYO CORPORATION OF U.S.A.,**
*Plaintiffs-Appellees,*

**and**

**SKF AEROENGINE BEARINGS UK AND SKF USA INC.,**
*Plaintiffs-Cross Appellants,*

**v.**

**UNITED STATES,**
*Defendant,*

**and**

**THE TIMKEN COMPANY,**
*Defendant-Appellant.*

---

2011-1362, -1382, -1383

Appeals from the United States Court of International Trade in consolidated case nos. 06-CV-0334, 06-CV-0335, and 06-CV-0336, Judge Judith M. Barzilay.

Before BRYSON, *Circuit Judge.*

## ORDER

Timken Company submits a motion for a stay, pending appeal, of the judgment of the United States Court of International Trade.

Upon consideration thereof,

IT IS ORDERED THAT:

NSK Corporation et al. and JTEKT Corporation et al. are directed to respond no later than May 27, 2011. The CIT's judgment is temporarily stayed pending this court's consideration of the papers submitted.

FOR THE COURT

MAY 1 7 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Eric P. Salonen, Esq.
David A.J. Goldfine, Esq.
Claudia Burke, Esq.
Matthew P. Jaffe, Esq.
Herbert C. Shelley, Esq.
Max F. Schutzman, Esq.
Neil R. Ellis, Esq.
s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 7 2011

JAN HORBALY
CLERK